UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH BRIM, | No. 2:19-cv-2284 KJN P |
| Petitioner, | |
| v. | ORDER |
| PAUL THOMPSON, | |
| Respondent. | |

Petitioner has requested an extension of time to file and serve an opposition to respondent's February 14, 2020 motion to dismiss. Petitioner claims he did not receive the motion until March 27, 2020, and due to the COVID-19 virus, his prison is under quarantine and he has no access to the law library or his legal materials. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 14) is granted; and
2. Petitioner shall file and serve his opposition on or before June 20, 2020.

Dated: April 20, 2020

/brim2284.111

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE