UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH BRIM,<br><br>    Petitioner,<br><br>    v.<br><br>PAUL THOMPSON,<br><br>    Respondent. | No.  2:19-cv-2284 KJM KJN P<br><br><br>ORDER |

Petitioner is a federal prisoner, proceeding pro se.  On August 12, 2020, the undersigned recommended that petitioner's motions to file an amended habeas be denied, and that the application for writ of habeas corpus under 28 U.S.C. § 2241 be dismissed for lack of jurisdiction.  (ECF No. 21.)  Following two extensions of time to file objections to the findings and recommendations, on October 19, 2020, petitioner filed a document styled, "Reply to Respondent's Motion to Dismiss."  (ECF No. 27.)  However, petitioner already filed a reply (ECF No. 19),[1] and the court has ruled on the motion (ECF No. 21).  Petitioner was granted leave to file objections to the findings and recommendations, not to revisit the briefing on the underlying motion.  Therefore, the court is unable to construe petitioner's "reply" as objections because he does not address the findings and recommendations, but re-argues his prior reply to the

---

[1] Local Rule 230(l) contemplates the filing of a motion, an opposition, and a reply.  Id.

1   underlying motion. In addition, he appears to believe the court recommended that his motion to
2   amend be denied as untimely. However, the undersigned recommended that leave to file an
3   amended <u>habeas</u> petition should be denied because the court lacks jurisdiction, but the action
4   should be dismissed without prejudice to allow petitioner to decide whether to raise the instant
5   claims in a properly submitted civil rights complaint.
6       In an abundance of caution, petitioner is granted one final opportunity in which to file
7   objections to the findings and recommendations. Petitioner is granted thirty days in which to file
8   objections. Because his second reply was improperly filed, the court will strike the filing. Fed.
9   R. Civ. P. 12(f)(1). Petitioner is cautioned that if he fails to timely file objections, or files a
10  document other than objections, the findings and recommendations will be forwarded to the
11  district court for review and adoption.
12      Accordingly, IT IS HEREBY ORDERED that:
13      1. Petitioner is granted thirty days in which to file objections to the August 12, 2020
14  findings and recommendations (ECF No. 21);
15      2. Petitioner's second reply, improperly filed, is stricken;
16      3. The Clerk of the Court is directed to:
17          a. Strike petitioner's reply (ECF No. 27); and
18          b. Send petitioner a copy of the August 12, 2020 findings and recommendations
19  (ECF No. 21).
20  Dated: October 28, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/brim2284.str