UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| BRIAN KEITH BRIM, | No. 2:19-cv-2284 KJM KJN P |
|---|---|
| Petitioner, | |
| v. | ORDER |
| PAUL THOMPSON, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, has requested this action be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that respondents shall notify this court, within fourteen days, whether they have any objection to the dismissal of this action. Should respondents fail to respond, petitioner's request will be granted pursuant to Fed. R. Civ. P. 41(a). See Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

Dated: December 22, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/brim2284.159a