UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH BRIM, | No. 2:19-cv-2284 KJN P |
| Petitioner, | |
| v. | ORDER |
| PAUL THOMPSON, | |
| Respondent. | |

Petitioner is a federal prisoner, proceeding pro se, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On December 16, 2020, petitioner filed a request to withdraw his § 2241 petition. On December 22, 2020, respondent was granted fourteen days in which to file any objection to the dismissal of this action. Fourteen days have now passed, and respondent has not filed an objection.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request to withdraw (ECF No. 31), construed as a motion, is granted;

2. Petitioner's § 2241 petition for writ of habeas corpus (ECF No. 1) is withdrawn without prejudice; and

3. The Clerk of the Court is directed to terminate this action.

Dated: January 22, 2021

/brim2284.voldsm

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE